CONSOL CAPITAL, LLC, a Florida limited
liability company,

      Plaintiff,

v.

HALLE ENTERPRISES, INC.; WEST
VIRGINIA COAL VENTURE I, LLC; THC
KENTUCKY COAL VENTURE I, LLC; and
KWV OPERATIONS, LLC,

      Defendants.

_____/

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO. 2011 CA 006189 XXXXMB

**SUMMONS - CORPORATE**

THE STATE OF FLORIDA:
To All and Singular the Sheriffs of said State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action upon Defendant, **HALLE ENTERPRISES, INC.**, by serving:

CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, Virginia 23060

    Each Defendant is required to serve written defenses to the Complaint within twenty (20) days after service of this Summons upon Plaintiffs' attorney, whose name and address is:

Scott A. Weires, Esq.
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
5355 Town Center Road, Suite 900
Boca Raton, FL 33486
Tel.: (561) 241-0414
Fax: (561) 241-9766

exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

WITNESS my hand and the Seal of this Court this ____ day of _____, 2011.

APR 25 2011

SHARON R. BOCK
Clerk & Comptroller

(SEAL)

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

CLERK OF THE CIRCUIT COURT

By: _____
    KARLA GUZMAN
    Deputy Clerk

**EXHIBIT**
Composite
"A"



"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

«BOCA:260451_v1/73874-0001»

 CT Corporation

**Service of Process Transmittal**
05/03/2011
CT Log Number 518457681

TO:     Compliance Recipient
        HALLE ENTERPRISES, INC.
        2900 Linden Lane, Suite 300
        Silver Spring, MD 20910

RE:     **Process Served in Virginia**

FOR:    HALLE ENTERPRISES, INC. (Domestic State: MD)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Consol Capital, LLC, etc., Pltf. vs. Halle Enterprises, Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachments |
| **COURT/AGENCY:** | Palm Beach County Circuit Court, FL<br>Case # GC 50 2011 CA 006189 |
| **NATURE OF ACTION:** | Alleges breach of contract - Services rendered |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Glen Allen, VA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/03/2011 at 13:15 |
| **JURISDICTION SERVED :** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Scott A. Weires<br>Buckingham, Doolittle & Burroughs, L.L.P.<br>5355 Town Center Road<br>Suite 900<br>Boca Raton, FL 33486<br>561-241-0414 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 797057406077 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Tinika Baylor<br>4701 Cox Road<br>Suite 301<br>Glen Allen, VA 23060 |
| **TELEPHONE:** | 804-217-7255 |

Page 1 of  1 / KB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents

FROM  Katie Bush (804) 217-7255
       Richmond Fulfillment Team 1
       4701 Cox Road
       Suite 301
       Glen Allen, VA 23060





FedEx Revenue Barcode

TO    **Compliance Recipient (804) 217-7255**
      **HALLE ENTERPRISES, INC.**
      **2900 Linden Lane**
      **Suite 300**
      **Silver Spring, MD 20910**
      Ref. SOP/0420830/518457881/Katie Bush

CAD. 8276307
SHIP DATE  03MAY11
WEIGHT: 1.0 LB

DIMMED.  X  X

RELEASE#



DELIVERY ADDRESS (FedEx-EDR)

** 2DAY **

THU
A4
Deliver by
05MAY11

TRK #  7970 5740 6077        FORM
                             0201

DCA

20910    -MD-US

# SA NHKA

J-1115110225

*Served evening of Tuesday, May 4, 2011.*

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CONSOL CAPITAL, LLC, a Florida limited
liability company,

        Plaintiff,

v.

HALLE ENTERPRISES, INC.; WEST
VIRGINIA COAL VENTURE I, LLC; THC
KENTUCKY COAL VENTURE I, LLC; and
KWV OPERATIONS, LLC,

        Defendants.

_____/

CASE NO. 50 2011 CA 006189 XXXXMB

**SUMMONS - CORPORATE**



THE STATE OF FLORIDA:
To All and Singular the Sheriffs of said State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action upon Defendant, **KWV OPERATIONS, LLC.**, by serving:

        **Robert L. Helton, Jr., Registered Agent**
        **2900 Greencastle Road**
        **Burtonsville, Maryland 20866**

    Each Defendant is required to serve written defenses to the Complaint within twenty (20) days
after service of this Summons upon Plaintiffs' attorney, whose name and address is:

Scott A. Weires, Esq.
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
5355 Town Center Road, Suite 900
Boca Raton, FL 33486
Tel.: (561) 241-0414
Fax: (561) 241-9766

exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either
before service on Plaintiffs' attorney or immediately thereafter. If the Defendant fails to do so, a default
will be entered against that Defendant for the relief demanded in the Complaint.

    WITNESS my hand and the Seal of this Court this ____ day of **APR 25 2011** 2011.

SHARON R. BOCK
Clerk & Comptroller

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

(SEAL)

CLERK OF THE CIRCUIT COURT

By: **KARLA GUZMAN**
        Deputy Clerk





"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

«BOCA:260459_v1/73874-0001»

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CONSOL CAPITAL, LLC, a Florida limited
liability company,

        Plaintiff,

CASE NO. 502011 CA 006189 XXXXMB

<u>SUMMONS - CORPORATE</u>

v.

HALLE ENTERPRISES, INC.; WEST VIRGINIA
COAL VENTURE I, LLC; THC KENTUCKY
COAL VENTURE I, LLC; and KWV
OPERATIONS, LLC,

        Defendants.

_____/

THE STATE OF FLORIDA:
To All and Singular the Sheriffs of said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint,
in this action upon Defendant, WEST VIRGINIA COAL VENTURE I, LLC., by serving:

              **Warren Edward Halle, Registered Agent**
              **2900 Linden Lane, Suite 300**
              **Silver Spring, Maryland 20910**

      Each Defendant is required to serve written defenses to the Complaint within twenty (20)
days after service of this Summons upon Plaintiffs' attorney, whose name and address is:

Scott A. Weires, Esq.
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
5355 Town Center Road, Suite 900
Boca Raton, FL 33486
Tel.: (561) 241-0414
Fax: (561) 241-9766

exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court
either before service on Plaintiffs' attorney or immediately thereafter. If the Defendant fails to do so,
a default will be entered against that Defendant for the relief demanded in the Complaint.

      WITNESS my hand and the Seal of this Court this ____ day of APR 25 2011, 2011.

                                 SHARON R. BOCK
                                 Clerk & Comptroll..
              CLERK OF THE CIRCUIT COURT

      (SEAL)        SHARON R. BOCK
                 Clerk & Comptroller          **KARLA GUZMAN**
                 P.O. Box 4667         By:_____
                 West Palm Beach, Florida        Deputy Clerk
                 33402-4667



"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

«BOCA:260454_v1/73874-0001»

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CONSOL CAPITAL, LLC, a Florida limited
liability company,

        Plaintiff,

CASE NO. 50 2011 CA 006189 XXXXMB

**SUMMONS - CORPORATE**

v.

HALLE ENTERPRISES, INC.; WEST VIRGINIA
COAL VENTURE I, LLC; THC KENTUCKY
COAL VENTURE I, LLC; and KWV
OPERATIONS, LLC,



        Defendants.

_____/

THE STATE OF FLORIDA:
To All and Singular the Sheriffs of said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint,
in this action upon Defendant, **THC KENTUCKY COAL VENTURE I, LLC.**, by serving:

            **Warren Edward Halle, Registered Agent**
            **2900 Linden Lane, Suite 300**
            **Silver Spring, Maryland 20910**

      Each Defendant is required to serve written defenses to the Complaint within twenty (20)
days after service of this Summons upon Plaintiffs' attorney, whose name and address is:

Scott A. Weires, Esq.
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
5355 Town Center Road, Suite 900
Boca Raton, FL 33486
Tel.: (561) 241-0414
Fax: (561) 241-9766

exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court
either before service on Plaintiffs' attorney or immediately thereafter. If the Defendant fails to do so,
a default will be entered against that Defendant for the relief demanded in the Complaint.

    WITNESS my hand and the Seal of this Court this ____ day of __**APR 25 2011**__, 2011.

SHARON R. BOCK
Clerk & Comptr...

           SHARON R. BOCK
           Clerk & Comptroller
           P.O. Box 4667      CLERK OF THE CIRCUIT COURT
(SEAL)        West Palm Beach, Florida
        33402-4667     **KARLA GUZMAN**
                   By:_____
                          Deputy Clerk



"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

«BOCA:260458_v1/73874-0001»

FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

I.      CASE STYLE

Name of   IN THE COUNTY COURT, IN AND FOR
Court:    PALM BEACH COUNTY, FLORIDA

Plaintiff   CONSOL CAPITAL LLC

Case #:  50 2011 CA 006189 XXXXMB

vs.

Judge:

Defendant   HALLE ENTERPRISES, INC.;
            WEST VIRGINIA COAL
            VENTURE I, LLC; THC
            KENTUCKY COAL
            VENTURE I, LLC; AND KWV
            OPERATIONS, LLC.

COPY
RECEIVED FOR FILING

APR 25 2011

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

II.     TYPE OF CASE

(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium

☒ Contracts and indebtedness

☐ Eminent domain

☐ Auto negligence

☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential

☐ Products liability

☐ Homestead residential foreclosure:
  $0 - $50,000
☐ Homestead residential foreclosure:
  $50,001 - $249,999
☐ Homestead residential foreclosure:
  $250,000 or more
☐ Nonhomestead residential foreclosure:
  $0 - $50,000
☐ Nonhomestead residential foreclosure:
  $50,001 - $249,999
☐ Nonhomestead residential foreclosure:
  $250,000 or more
☐ Other real property actions $0 - $50,000

☐ Other real property actions $50,001 - $249,999

☐ Other real property actions $250,000 or more

☐ Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional

☐⯈ Real property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more

☐ Other
   ☐ Antitrust/Trade regulation
   ☒ Business transactions
   ☐ Constitutional challenge—statute or ordinance
   ☐ Constitutional challenge—proposed amendment
   ☐ Corporate trusts
   ☐ Discrimination—employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

**III.   REMEDIES SOUGHT** (check all that apply):
   ☒ monetary;
   ☐ nonmonetary declaratory or injunctive relief;
   ☐ punitive

**IV.   NUMBER OF CAUSES OF ACTION: [3]**
   (specify) Breach of Contract, Unjust Enrichment, Quantum Meruit.

**V.   IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐ yes
   ☒ no

**VI.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒ no
   ☐ yes If "yes" list all related cases by name, case number and court

**VII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒ yes
   ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____    Fla. Bar #  113761
   Attorney or party    (Bar # if attorney)

Scott A. Weires, Esq.    4/25/2011
(Type or print name)    Date

«BOCA:260466_v1/73874-0001»

**FORM 1.997.  INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET**

Plaintiff must file this cover sheet with first paperwork filed in the action or proceeding (except small claims cases or other county court cases, probate, or family cases). Domestic and juvenile cases should be accompanied by a completed Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases. Failure to file a civil cover sheet in any civil case other than those excepted above may result in sanctions.

I.      Case Style. Enter the name of the court, the appropriate case number assigned at the time of filing of the original complaint or petition, the name of the judge assigned (if applicable), and the name (last, first, middle initial) of plaintiff(s) and defendant(s).

II.     Type of Case. Place an "X" in the appropriate box. If the cause fits more than one type of case, select the most definitive. If the most definitive label is a subcategory (indented under a broader category label), place an "X" in the category and subcategory boxes. Definitions of the cases are provided below in the order they appear on the form.

(A)     Condominium - all civil lawsuits pursuant to Chapter 718, Florida Statutes, in which a condominium association is a party.

(B)     Contracts and indebtedness - all contract actions relating to promissory notes and other debts, including those arising from the sale of goods, but excluding contract disputes involving condominium associations.

(C)     Eminent domain - all matters relating to the taking of private property for public use, including inverse condemnation by state agencies, political subdivisions, or public service corporations.

(D)     Auto negligence - all matters arising out of a party's allegedly negligent operation of a motor vehicle.

(E)     Negligence—other - all actions sounding in negligence, including statutory claims for relief on account of death or injury, that are not included in other main categories.

(F)     Business governance - all matters relating to the management, administration, or control of a company.

(G)     Business torts - all matters relating to liability for economic loss allegedly caused by interference with economic or business relationships.

(H)     Environmental/Toxic tort - all matters relating to claims that violations of environmental regulatory provisions or exposure to a chemical caused injury or disease.

(I)     Third party indemnification - all matters relating to liability transferred to a third party in a financial relationship.

(J)     Construction defect - all civil lawsuits in which damage or injury was allegedly caused by defects in the construction of a structure.

(K)     Mass tort - all matters relating to a civil action involving numerous plaintiffs against one or more defendants.

(L)     Negligent security - all matters involving injury to a person or property allegedly resulting from insufficient security.

(M)     Nursing home negligence - all matters involving injury to a nursing home resident resulting from negligence of nursing home staff or facilities.

(N)     Premises liability—commercial - all matters involving injury to a person or property allegedly resulting from a defect on the premises of a commercial property.

(0)     Premises liability—residential - all matters involving injury to a person or property allegedly resulting from a defect on the premises of a residential property.

(P)     Products liability - all matters involving injury to a person or property allegedly resulting from the manufacture or sale of a defective product or from a failure to warn.

(Q)     Real property/Mortgage foreclosure - all matters relating to the possession, title, or boundaries of real property. All matters involving foreclosures or sales of real property, including foreclosures associated with condominium associations or condominium units.

(R)     Commercial foreclosure - all matters relating to the termination of a business owner's interest in commercial property by a lender to gain title or force a sale to satisfy the unpaid debt secured by the property. Check the category that includes the estimate of the amount in controversy of the claim (section 28.241, Florida Statutes).

(S)     Homestead residential foreclosure - all matters relating to the termination of a residential property owner's interest by a lender to gain title or force a sale to satisfy the unpaid debt secured by the property where the property has been granted a homestead exemption. Check the category that includes the estimate of the amount in controversy of the claim (section 28.241, Florida Statutes).

(T)      Nonhomestead residential foreclosure - all matters relating to the termination of a residential property owner's interest by a lender to gain title or force a sale to satisfy the unpaid debt secured by the property where the property has not been granted a homestead exemption. Check the category that includes the estimate of the amount in controversy of the claim (section 28.241, Florida Statutes).

(U)      Other real property actions - all matters relating to land, land improvements, or property rights not involving commercial or residential foreclosure. Check the category that includes the estimate of the amount in controversy of the claim (section 28.241, Florida Statutes).

(V)      Professional malpractice - all professional malpractice lawsuits.

(W)      Malpractice—business - all matters relating to a business's or business person's failure to exercise the degree of care and skill that someone in the same line of work would use under similar circumstances.

(X)      Malpractice—medical - all matters relating to a doctor's failure to exercise the degree of care and skill that a physician or surgeon of the same medical specialty would use under similar circumstances.

(Y)      Malpractice_other professional - all matters relating to negligence of those other than medical or business professionals.

(Z)      Other - all civil matters not included in other categories.

(AA) Antitrust/Trade regulation - all matters relating to unfair methods of competition or unfair or deceptive business acts or practices.

(AB)      Business transactions - all matters relating to actions that affect financial or economic interests.

(AC) Constitutional challenge—statute or ordinance - a challenge to a statute or ordinance, citing a violation of the Florida Constitution.

(AD) Constitutional challenge—proposed amendment - a challenge to a legislatively initiated proposed constitutional amendment, but excluding challenges to a citizen-initiated proposed constitutional amendment because the Florida Supreme Court has direct jurisdiction of such challenges.

(AE) Corporate trusts - all matters relating to the business activities of financial services companies or banks acting in a fiduciary capacity for investors.

(AF) Discrimination—employment or other - all matters relating to discrimination, including employment, sex, race, age, handicap, harassment, retaliation, or wages.

(AG) Insurance claims - all matters relating to claims filed with an insurance company.

(AH)      Intellectual property - all matters relating to intangible rights protecting commercially valuable products of the human intellect.

(AI)      Libel/Slander - all matters relating to written, visual, oral, or aural defamation of character.

(AJ)      Shareholder derivative action - all matters relating to actions by a corporation's shareholders to protect and benefit all shareholders against corporate management for improper management.

(AK)      Securities litigation - all matters relating to the financial interest or instruments of a company or corporation.

(AL)      Trade secrets - all matters relating to a formula, process, device, or other business information that is kept confidential to maintain an advantage over competitors.

(AM) Trust litigation - all civil matters involving guardianships, estates, or trusts and not appropriately filed in probate proceedings.

III.      Remedies Sought. Place an "X" in the appropriate box. If more than one remedy is sought in the complaint or petition, check all that apply.

IV.      Number of Causes of Action. If the complaint or petition alleges more than one cause of action, note the number and the name of the cause of action.

V.      Class Action. Place an "X" in the appropriate box.

VI.      Related Cases. Place an "X" in the appropriate box.

VII.      Is Jury Trial Demanded In Complaint? Check the appropriate box to indicate whether a jury trial is being demanded in the complaint

ATTORNEY OR PARTY SIGNATURE. Sign the civil cover sheet. Print legibly the name of the person signing the civil cover sheet. Attorneys must include a Florida Bar number. Insert the date the civil cover sheet is signed. Signature is a certification that the filer has provided accurate information on the civil cover sheet.

«BOCA:260466_v1/73874-0001»

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.

CONSOL CAPITAL, LLC, a Florida limited
liability company,

        Plaintiff,

v.

HALLE ENTERPRISES, INC.; WEST
VIRGINIA COAL VENTURE I, LLC; THC
KENTUCKY COAL VENTURE I, LLC; and
KWV OPERATIONS, LLC,

        Defendants.

_____/

50 2011 CA 006189 XXXXMB

COPY
RECEIVED FOR FILING

APR 2 5 2011

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

### COMPLAINT FOR DAMAGES

    Plaintiff, CONSOL CAPITAL, LLC ("CONSOL"), by and through its undersigned

attorneys, hereby sues the Defendants, KWV OPERATIONS, LLC; VIRGINIA COAL VENTURE I,

LLC; HALLE ENTERPRISES, INC.; and NEXTGEN COAL, and states as follows:

#### The Parties, Jurisdiction and Venue

    1.    This is an action for damages in excess of $15,000.00, exclusive of interest and

costs.

    2.    Plaintiff, CONSOL, is a limited liability company organized and existing under

the laws of the State of Florida, and does business in Palm Beach County, Florida.  CONSOL is

engaged in the business of providing, *inter alia*, brokerage services relating to the purchase and

sale of physical coal.

3.     Defendant HALLE ENTERPRISES, INC. ("HALLE") is a Maryland corporation with its principal place of business in Maryland.  HALLE is a holding company for numerous other corporations and limited liability companies including, but not limited to, WEST VIRGINIA COAL VENTURE I, LLC, THC KENTUCKY COAL VENTURE I, LLC, and KWV OPERATIONS, LLC.  HALLE may be served with process through its registered agent, CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, Virginia 23060.

4.     Defendant WEST VIRGINIA COAL VENTURE I, LLC ("WV COAL") is a Delaware limited liability company with its principal place of business in Silver Spring, Maryland.   WV COAL owns real property that includes the Glen Alum coal mine in Wharncliffe, West Virginia.  It may be served with process through its registered agent, Warren Edward Halle, at 2900 Linden Lane, Suite 300, Silver Spring, Maryland 20910.

5.     Defendant THC KENTUCKY COAL VENTURE I, LLC ("KY COAL") is a Delaware limited liability company with its principal place of business in Silver Spring, Maryland.  KY COAL owns real property that includes a coal mine in Kentucky.  It may be served with process through its registered agent, Warren Edward Halle, at 2900 Linden Lane, Suite 300, Silver Spring, Maryland 20910.

6.     Defendant KWV OPERATIONS, LLC ("KWV") is a Maryland limited liability company with its principal place of business in West Virginia.  KWV operates the coal mines on the properties owned by WV COAL and KY COAL.  It may be served with process through its registered agent, Robert L. Helton, Jr., at 2900 Greencastle Road, Burtonsville, Maryland 20866.

7.     The Defendants, each wholly owned by HALLE, are also collectively referred to as "The Halle Companies".

2

8.      Venue is proper in this Court as Palm Beach County, Florida is where the work at issue herein was performed and where the causes of action pled below arose.

9.      All conditions precedent to the filing of this action have occurred, been waived, or been otherwise performed.

### Background Facts

10.      In or about 2006, HALLE acquired ownership over various underground coal mines, coal processing facilities, real property and other associated mining assets located in Wharncliffe, West Virginia (the "Glen Alum Properties") and Pike County, Kentucky (the "Alma Properties").

11.      Thereafter, Warren E. Halle, the president and CEO of The Halle Companies engaged CONSOL to act as their authorized representative and agent for the sale of coal produced by both the Glen Alum and Alma Properties.

12.      In or before October 2008, HALLE made a decision to sell its interests in the Glen Alum and Alma Properties.

13.      Thereafter, Stephen Fleishman, who holds himself out as the vice president of The Halle Companies, reached out to CONSOL and offered the opportunity to market and sell the Glen Alum and Alma Properties, or any portion thereof.

14.      Specifically, The Halle Companies offered CONSOL one percent (1%) of the sales price to prepare the marketing package and assist with the sale of the Glen Alum and Alma Properties.

15.      CONSOL accepted the terms of the engagement and undertook to invest great time, effort and expense to prepare, gather and organize all of the geologic studies, permit

transfer agreements, leases rights information, financial statements, coal purchase agreements, and production data necessary for the marketing package.

16.    CONSOL developed, maintained and regularly updated an online virtual data room whereby pre-screened prospective purchasers were granted access to review all documents and materials pertinent to the Glen Alum and Alma Properties.

17.    CONSOL served as the direct contact for prospective purchasers and acted as the liason between prospective purchasers and The Halle Companies throughout the screening, due diligence and pre-sale inspection periods.

18.    CONSOL also interacted with brokers representing prospective buyers.

19.    In or about April 2010, CONSOL communicated with Billy R. Shelton, Esq. (hereinafter "Shelton"), who purported to act as a broker representing a prospective buyer.

20.    As was its normal procedure for all prospective buyers, CONSOL obtained from Shelton a confidentiality agreement for information related to both the Glen Alum and Alma Properties and subsequently granted access to Shelton and his clients to the online virtual data room.

21.    Upon information and belief, Shelton introduced Hendricks Coal, LLC ("Hendricks") as a prospective buyer.

22.    Thereafter, CONSOL communicated with Hendricks in an effort to facilitate the sale of the Glen Alum and Alma Properties.

23.    In or about November 2010, CONSOL instituted a bidding process on behalf of The Halle Companies to select the final buyer from all interested and verified prospective buyers.

4

24. CONSOL organized and facilitated the bidding procedure for presentation and consideration by The Halle Companies.

25. Once CONSOL presented to The Halle Companies all of the verified offers and after the bidding process had been completed, The Halle Companies selected Hendricks as the winning bidder.

26. Thereafter, The Halle Companies began to cease communications with CONSOL.

27. In or about February 2011, HALLE closed the sale of the Glen Alum and Alma Properties with Hendricks for more than $30 million.

28. Since then, CONSOL has requested payment of its one percent (1%) of the gross sales price and The Halle Companies have ignored all such requests.

## COUNT I – BREACH OF CONTRACT

29. CONSOL realleges and incorporates by reference paragraphs 1 through 28 as though fully set forth herein.

30. This is an action against The Halle Companies for breach of an oral contract.

31. In or about October 2008, The Halle Companies and CONSOL entered into a binding contract (the "Agreement").

32. Pursuant to the Agreement, The Halle Companies hired CONSOL to prepare a marketing package and facilitate a sale of the Glen Alum and Alma Properties.

33. Pursuant to the Agreement, The Halle Companies agreed to pay CONSOL one percent (1%) of the gross sales price.

34. CONSOL performed its obligations under the Agreement by preparing the marketing package, communicating with prospective buyers, and otherwise facilitating a sale of the Glen Alum and Alma Properties.

5

35.     The Halle Companies breached the Agreement by failing to tender to CONSOL the promised payment.

36.     As a result of the breach by The Halle Companies, CONSOL has been damaged in an amount to be determined at trial, based on the actual gross sales price of the Glen Alum and Alma Properties.

WHEREFORE, Plaintiff demands judgment for damages against The Halle Companies, in an amount to be determined at trial, plus costs, interest, and such other and further relief as is just and proper.

## COUNT II – UNJUST ENRICHMENT

37.     CONSOL realleges and incorporates by reference paragraphs 1 through 28 as though fully set forth herein.

38.     This is an action for unjust enrichment against The Halle Companies.

39.     CONSOL performed services for and provided goods to The Halle Companies, which The Halle Companies used to facilitate a conveyance of the Glen Alum and Alma Properties.

40.     As a result of the conveyance, The Halle Companies received a benefit for which CONSOL should be compensated.

41.     CONSOL has demanded from The Halle Companies that it be paid for its services rendered and goods provided, the value of which is approximately $600,000.

42.     The Halle Companies have refused all requests for payment made by CONSOL.

43.     As a result, The Halle Companies have been unjustly enriched by the amount of the services rendered and goods provided by CONSOL.

WHEREFORE, Plaintiff demands judgment for damages against The Halle Companies, in an amount to be determined at trial, plus costs, interest, and such other and further relief as is just and proper.

## COUNT III – QUANTUM MERUIT

44.     CONSOL realleges and incorporates by reference paragraphs 1 through 28 as though fully set forth herein.

45.     This is an action against The Halle Companies for quantum meruit.

46.     CONSOL has performed services for The Halle Companies for which it has not been paid.

47.     The approximate value of the services remaining unpaid is approximately $600,000.

48.     CONSOL has demanded payment for its services.

49.     The Halle Companies have refused the demand by CONSOL.

WHEREFORE, Plaintiff demands judgment for damages against The Halle Companies, in an amount to be determined at trial, plus costs, interest, and such other and further relief as is just and proper.

*Consol Capital, LLC v. Halle Enterprises, Inc., et al.*
Complaint for Damages

## JURY DEMAND

Plaintiff hereby requests trial by jury on all matters so triable as a matter of law.

Dated: April 25, 2011

BUCKINGHAM, DOOLITTLE & BURROUGHS, L.L.P.

By: _____
Scott A. Weires, Esq.
Florida Bar No. 113761
5355 Town Center Road, Suite 900
Boca Raton, FL 33486
Tel: (561) 241-0414
Fax: (561) 241-9766

«BOCA:260290_v1/73874-0001»

8

## Report Selection Criteria

**Case ID:**          502011CA006189XXXXMB
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**          502011CA006189XXXXMB
**Case Caption:**     CONSOL CAPITAL V HALLE ENTERPRISES
**Division:**         AJ - ROSENBERG
**Filing Date:**      Monday , April 25th, 2011
**Court:**            CA - CIRCUIT CIVIL
**Location:**         MB - MAIN BRANCH
**Jury:**             Y-Jury
**Type:**             CD - CONTRACT & DEBT
**Status:**           PE - PENDING

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name | | |
|---|---|---|---|---|---|---|---|
| 1 | | | PLAINTIFF | @2605709 | CONSOL CAPITAL LLC | **Aliases:** | *none* |
| 2 | 1 | | ATTORNEY | 0113761 | WEIRES , ESQ, SCOTT A | **Aliases:** | *none* |
| 3 | | | DEFENDANT | @2605710 | HALLE ENTERPRISES INC | **Aliases:** | *none* |
| 4 | | | DEFENDANT | @2605711 | WEST VIRGINIA COAL VENTURE I LLC | **Aliases:** | *none* |

| 5 | | | DEFENDANT | @2605712 | THC KENTUCKY COAL VENTURE I LLC | Aliases: | *none* |
| 6 | | | DEFENDANT | @2605713 | KWV OPERATIOINS LLC | Aliases: | *none* |
| 7 | | | JUDGE | AJ | ROSENBERG, JUDGE ROBIN L | Aliases: | *none* |

## Docket Entries

| Docket Number | Docket Type | Book and Page No. | Attached To: |
|---|---|---|---|
| | PE - PENDING | | |
| **Filing Date:** | 25-APR-2011 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | *none.* | | |
| | 800FF - CAFF | | |
| **Filing Date:** | 25-APR-2011 | | |
| **Filing Party:** | CONSOL CAPITAL LLC, | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | *none.* | | |
| | 00000 - ADDITIONAL COMMENTS | | |
| **Filing Date:** | 25-APR-2011 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | *none.* | | |
| | RCPT - RECEIPT FOR PAYMENT | | |
| **Filing Date:** | 25-APR-2011 | | |
| **Filing Party:** | CONSOL CAPITAL LLC, | | |
| **Disposition Amount:** | | | |

| Docket Text: | A Payment of -$441.00 was made on receipt CAMB552597. |
|---|---|
| 1 | CMP - COMPLAINT |
| Filing Date: | 25-APR-2011 |
| Filing Party: | CONSOL CAPITAL LLC, |
| Disposition Amount: | |
| Docket Text: | *none.* |
| 2 | CCS - CIVIL COVER SHEET |
| Filing Date: | 25-APR-2011 |
| Filing Party: | CONSOL CAPITAL LLC, |
| Disposition Amount: | |
| Docket Text: | *none.* |
| 3 | SMIS - SUMMONS ISSUED |
| Filing Date: | 25-APR-2011 |
| Filing Party: | HALLE ENTERPRISES INC, |
| Disposition Amount: | |
| Docket Text: | SM-11-036427 |
| 4 | SMIS - SUMMONS ISSUED |
| Filing Date: | 25-APR-2011 |
| Filing Party: | WEST VIRGINIA COAL VENTURE I LLC, |
| Disposition Amount: | |
| Docket Text: | SM-11-036428 |
| 5 | SMIS - SUMMONS ISSUED |
| Filing Date: | 25-APR-2011 |
| Filing Party: | THC KENTUCKY COAL VENTURE I LLC, |
| Disposition Amount: | |
| Docket Text: | SM-11-036429 |
| 6 | SMIS - SUMMONS ISSUED |
| Filing Date: | 25-APR-2011 |
| Filing Party: | KWV OPERATIOINS LLC, |
| Disposition Amount: | |
| Docket Text: | SM-11-036430 |